TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00240-CR


NO. 03-02-00241-CR


NO. 03-02-00242-CR







Miguel Salas Rodriguez, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF CALDWELL COUNTY, 274TH JUDICIAL DISTRICT


NOS. 2001-029, 2001-030 & 2001-031, HONORABLE JACK H. ROBISON, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Mr. Jamie Balagia, is ordered to tender a brief in this cause no later than September 12,
2002. No further extension of time will be granted.

It is ordered August 9, 2002.. 


Before Justices Kidd, Patterson and Puryear

Do Not Publish